

# CASE ANNOUNCEMENTS

## *April 3, 2014*

[Cite as *04/03/2014 Case Announcements*, 2014-Ohio-1420.]

## MOTION AND PROCEDURAL RULINGS

**2014–0504.   State ex rel. Scott v. Franklin Cty. Bd. of Elections.**
Franklin App. No. 14AP–197, 2014-Ohio-1395. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's motion to expedite proceedings on an appeal of right from the decision in an original action in mandamus before the Tenth District Court of Appeals in an expedited election matter, it is ordered by the court that the motion is granted. The clerk of the court of appeals shall certify and transmit the record to the clerk of this court within five days of the date of this entry; appellant shall file his brief within three days of the filing of the record; appellee shall file its brief within three days of the filing of appellant's brief; and appellant may file a reply brief within three days of the filing of appellee's brief.

No requests or stipulations for extension of time shall be permitted and the clerk of court shall refuse to file any requests or stipulations for extension of time. Service of all documents in the case shall be by e-mail, facsimile or personal service.

# CASE ANNOUNCEMENTS

## *April 4, 2014*

[Cite as *04/04/2014 Case Announcements*, 2014-Ohio-1445.]

## MOTION AND PROCEDURAL RULINGS

**2013–0579.   In re D.M.**
Hamilton App. No. C–120794, 2013-Ohio-668. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

Upon consideration of appellant's motion for stay of further proceedings in the juvenile court, it is

ordered by the court that appellee shall file a response, if any, to the *motion for stay no later than* Thursday, April 10, 2014.

**2014–0354.   In re A.C.**
Hamilton App. Nos. C–130416, C–130464, and C–130467, 2014-Ohio-174. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellee's motion for leave to file a response to the motion for stay and report under seal, it is ordered by the court that the motion is granted.

# MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2014–0426.   State ex rel. Davis v. Metzger.**
Licking App. No. 12–CA–36, 2013-Ohio-1699.

**2014–0442.   Shops of Fairlawn Delaware, L.L.C. v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2012–3887 and 2012–3887.

**2014–0456.   L.L. Bean, Inc. v. Levin.**
Board of Tax Appeals, No. 2010–2853.

**2014–0460.   State ex rel. Oldaker v. Indus. Comm.**
Franklin App. No. 13AP–288, 2014-Ohio-470.

**2014–0489.   Wilmington City School Dist. Bd. of Edn. v. Clinton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2010–1635.
The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).

The appellants in each case shall file a brief within 40 days of the date of these entries, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct. Prac.R. 16.07, the court may dismiss these cases or take other action if the parties fail to timely file merit briefs.

**2013–0101.   State ex rel. Allied Sys. Holdings, Inc. v. Donders.**
Franklin App. No. 11AP–960, 2012-Ohio-5855.

**2014–0171.   State v. River City Drywall Supply, Inc.**
Franklin App. No. 13AP–76.

**2014–0235.   Hillenmeyer v. Cleveland Bd. of Rev.**
Board of Tax Appeals, No. 2009–3688.

# CASE ANNOUNCEMENTS

*April 7, 2014*

[Cite as *04/07/2014 Case Announcements*, 2014-Ohio-1466.]

# MOTION AND PROCEDURAL RULINGS

**2013–0579.   In re D.M.**
Hamilton App. No. C–120794, 2013-Ohio-668. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

Upon consideration of appellant's motion for stay of further proceedings in the juvenile court, it is ordered by the court that the motion is granted.

KENNEDY, J., dissents.